IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAFAEL CALIXTRO-CALIXTRO, | § | CIVIL ACTION NO. 1:17-cv-00394 |
| Plaintiff, | § | |
| v. | § | |
| ESTATE OF JOHN DAVID HODGES | § | |
| Defendant. | § | |

## Joint Notice of Settlement

Plaintiff RAFAEL CALIXTRO-CALIXTRO and Defendant ESTATE OF JOHN DAVID HODGES jointly notify the Court that the parties have settled this matter, pending the approval of the probate court with jurisdiction over Defendant's estate, and are in the process of executing a settlement agreement. The parties will file a joint stipulated motion of dismissal upon approval of the settlement by the probate court.

Respectfully submitted,

TEXAS RIOGRANDE LEGAL AID

 */s/ David Mauch*
David Mauch
Texas Bar No. 24086837
Email: dmauch@trla.org
TEXAS RIOGRANDE LEGAL AID, INC.
1111 North Main Ave.
San Antonio, Texas 78212
Tel (210) 212-3716
Fax (210) 212-3772

ATTORNEY IN CHARGE FOR PLAINTIFFS

*/s/ William J. Grigg*
William J. Grigg
Texas Bar No. 24097769
Email: wgrigg@trla.org
TEXAS RIOGRANDE LEGAL AID, INC.
1111 North Main Ave.
San Antonio, Texas 78212
Tel (210) 212-3700
Fax (210) 212-3772
ATTORNEY FOR PLAINTIFFS

*/s/ Nathaniel Norton*
Nathaniel Norton
Texas Bar No. 24037196
Email: nnorton@trla.org
TEXAS RIOGRANDE LEGAL AID, INC.
301 S. Texas Blvd.
Mercedes, Texas 78570
Tel (956)447-4800
Fax (210) 212-3772
ATTORNEY FOR PLAINTIFFS

*/s/ Andrew Skemp*
Andrew Skemp
State Bar No. 24075082
JANICEK LAW FIRM, PC
1100 NE Loop 410, Suite 550 San Antonio, Texas 78209
(210) 366-4949 Telephone
(210) 979-6804 Facsimile
andrew@janiceklaw.com
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

       This is to certify that on May 8, 2019, I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants below:

Andrew Skemp
State Bar No. 24075082
**JANICEK LAW FIRM, PC**
1100 NE Loop 410, Suite 550
San Antonio, Texas 78209
(210) 366-4949 *Telephone*
(210) 979-6804 *Facsimile*
andrew@janiceklaw.com
*Attorney for Defendant*

 

     */s/ David Mauch*
     David Mauch
     Texas Bar No. 24086837
     Email: dmauch@trla.org
     TEXAS RIOGRANDE LEGAL AID, INC.
     1111 North Main Ave.
     San Antonio, Texas 78212
     Tel (210) 212-3716
     Fax (210) 212-3772
     ATTORNEY IN CHARGE FOR PLAINTIFFS